**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue, Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157
Facsimile: (602) 230-9250

BRADLEY H. SCHLEIER, ESQ. #011696
Brad@SchleierLaw.com
TOD F. SCHLEIER, ESQ. #004612
Tod@SchleierLaw.com
Attorneys for Plaintiff Ashley Kostial

Kristina Holmstrom, Esq. #023384
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
2415 E. Camelback Road, Suite 800
Phoenix, AZ  85016
Telephone: 602 778-3700
Facsimile: 6602 778-3750
Kristina.holmstrom@ogletree.com
Attorney for Defendant Aetna Life Insurance Company

IN THE UNITED STATES DISTRICT COURT

IN THE STATE OF ARIZONA

| | |
|---|---|
| Ashley Kostial, a single woman,<br><br>    Plaintiff,<br><br>v.<br><br>Aetna Life Insurance Company, claims/plan administrator and plan fiduciary,<br><br>    Defendants. | No. CV 20-02118 - DMF<br><br>**JOINT REPORT ON SETTLEMENT TALKS**<br><br>**(ERISA CASE)** |

Pursuant to the Court's Case Management Order, Doc 19, the Parties submit this Joint Report on Settlement Talks.  The Parties have recently resolved the case and anticipate filing dismissal documents within the next thirty (30) days.

DATED this 23rd day of June 2021.

        SCHLEIER LAW OFFICES, P.C.

        /s/ Bradley H. Schleier
        Bradley H. Schleier
        3101 North Central Ave., Suite 1090
        Phoenix, Arizona 85012
        Attorneys for Plaintiff

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.

        /s/ Kristina Holmstrom
        Kristina Holmstrom
        Esplanade Center III, Suite 800
        2415 East Camelback Road
        Phoenix, AZ 85016
        Attorney for Defendant Aetna Life Insurance
        Company

I certify that on this 23rd day of June 2021, I electronically filed the foregoing with the U.S. District Court Clerk using the CM/ECF system, which shall send notification of such filing to:

Kristina Holmstrom Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Kristina.Holmstrom@ogletree.com

Attorney for Defendant Aetna Life Insurance Company

Cindy J. Anderson

- 2 -