IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Kostial,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Aetna Life Insurance Company,<br><br>　　　　Defendant. | No. CV-20-2118-PHX-DMF<br><br><br>**ORDER** |

　　　　Pursuant to the parties' Stipulation for Dismissal of Case (Doc. 22), and good cause shown,

　　　　**IT IS HEREBY ORDERED** granting the parties' Stipulation for Dismissal of Case (Doc. 22).

　　　　**IT IS FURTHER ORDERED** dismissing this matter with prejudice, each party to bear its own costs and attorney's fees.

　　　　Dated this 19th day of July, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Deborah M. Fine
　　　　　　　　　　　　　　　　　　United States Magistrate Judge